UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **NAZIR AWAN** | **CIVIL ACTION NO. 2:21-1198** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **SHAWN ENTERPRISES, LLC** <br> **d/b/a OBERLIN EXPRESS** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Nazir Awan's Motion to Remand and Motion for Attorney Fees [Doc. No. 9] is **DENIED**.

**MONROE, LOUISIANA**, this 28th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE